EXHIBIT "B"

**THE LAW OFFICE OF JOHN D. OTT,**
**A PROFESSIONAL CORPORATION**
John D. Ott, State Bar No. 160191
550 N. Parkcenter Dr., Suite 204
Santa Ana, California 92705
Telephone: (714) 564-9033
Facsimile: (714) 564-1685

Attorneys for Plaintiff WRS, Inc.,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZING FANTASY ENTERTAINMENT, INC.; FULL MOON ENTERTAINMENT, INC.; CHARLES R. BAND, <br><br> Defendants. | Case No. 8:00-cv-00267-AHS-(ANx) <br><br> ORDER (1) GRANTING PLAINTIFF'S MOTION FOR ASSIGNMENT ORDER; (2) AMENDING REGISTERED JUDGMENT; AND (3) GRANTING REQUEST FOR JUDICIAL NOTICE |

Plaintiff WRS, Inc.'s ("Plaintiff") motion for an assignment order to assign the rights to payment for any payments and rents due Charles R. Band ("Band") resulting in any way from Band's ownership or operation of the property known as Castello Di Giove, located in Giove, Umbria, Italy, and motion to amend the previously registered judgment with an amended

1

1 judgment entered in District Court for the Western District of Pennsylvania
2 came before the Court for hearing on April 5, 2010.
3     Having reviewed the motion and all papers filed therewith, and good
4 cause appearing therefor, the Court rules as follows:
5 1.    The motion is granted;
6 2.    Plaintiff, judgment creditor, is assigned any amounts to be paid to
7       Band, judgment debtor, for rents, leases, sales, or other rights to
8       payment arising out of the use of Castello Di Giove.
9 3.    The Judgment is amended to $408,391.26 plus interest at the rate of
10       4.732% on the sum of $308,005.62 from October 13, 2006 (attorney's
11       fees to be added).
12
13 IT IS SO ORDERED.
14
15 Dated: April 5, 2010.
16
17                                           ALICEMARIE H. STOTLER
18                                           Hon. Alicemarie H. Stotler
                                          United States District Judge

# NOTICE PARTY SERVICE LIST

**Case No.** SACV 00-267-AHS(AHx)  **Case Title** WRS INC. v. AMAZING FANTASY ENTERTAIN...

**Title of Document** ORDER GRANTING PLAINTIFF'S MOTION FOR ASSIGNMENT ORDER; AMENDING REGISTERED JUDGMENT AND GRANTING JUDICIAL NOTICE

| | | | |
|---|---|---|---|
| | ADR | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | Chief Deputy Admin | | US Marshal Service - Riverside (USMED) |
| | Chief Deputy Ops | | US Marshal Service -Santa Ana (USMSA) |
| | Clerk of Court | | US Probation Office (USPO) |
| | Death Penalty H/C (Law Clerks) | | US Trustee's Office |
| | Dep In Chg E Div | | Warden, San Quentin State Prison, CA |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| ✓ | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | MDL Panel | | |
| | Ninth Circuit Court of Appeal | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

***ADD NEW NOTICE PARTY***
*(if sending by fax, mailing address must also be provided)*

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** enm

G-75 (08/08)  **NOTICE PARTY SERVICE LIST**