IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.

    Plaintiff                                      No. 2:20cv01236-WSH

    vs.

AMAZING FANTASY ENTERTAINMENT, INC.,
FULL MOON ENTERTAINMENT, INC. AND
CHARLES R. BAND

    Defendants

### RESPONSE TO THE ORDER OF DECEMBER 7, 2020

AND NOW comes WRS, Inc., by its counsel, Thomas E. Reilly, Esquire, with the following explanation required by the Court's Order of December 7, 2020:

1. Following the commencement of the action, Waiver of Notice was sent to Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, as attorney Michael Wolf, Esquire was designated in the Articles of Incorporation of Amazing Fantasy Entertainment, Inc. as a designated agent for service of process and that firm had previously represented Full Moon Entertainment, Inc. and Charles R. Band.

2. Since that date, Thomas E. Reilly, Esquire has been in contact with Attorney Mark Rosenbaum, representing Charles R. Band, in efforts to resolve the matter and negotiate a resolution.

3. As of December 14, 2020, the parties have reached a resolution, which is embodied in a Settlement Agreement, which contemplates the entry of a Consent Judgment in favor of WRS, Inc. and against Charles R. Band for the full amount set forth in the Complaint and an Agreement allowing Charles R. Band to resolve and satisfy that Judgment by a lesser amount paid in periodic payments over time, in consideration of which WRS, Inc. will refrain from efforts to enforce the Judgment.

   4. With respect to Amazing Fantasy Entertainment, Inc. and Full Moon Entertainment, Inc., Plaintiff has been advised by counsel for Charles R. Band that those entities are inactive and suspended (administratively dissolved) and Plaintiff has agreed to voluntarily dismiss those parties as Defendants in the within action.

   5. Contemporaneously with filing of this explanation, Plaintiff has filed the Waiver of Service executed by Mr. Rosenbaum on behalf of Charles R. Band.

   6. It is anticipated that the Order Entering Consent Judgment signed by Mr. Band will be returned and filed shortly.

             THOMAS E. REILLY, P.C.

Dated 12/16/2020     By:   /s/ Thomas E. Reilly
             Thomas E. Reilly, Esquire
             Pa. I.D. #25832
             1468 Laurel Drive
             Sewickley, PA 15143
             (724) 933-3500
             (724) 933-3505 (fax)
             tereilly@tomreillylaw.com