IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.

    Plaintiff                                                   No. 2:20cv01236-WSH

    vs.

AMAZING FANTASY ENTERTAINMENT, INC.,
FULL MOON ENTERTAINMENT, INC. AND
CHARLES R. BAND

    Defendants

## CERTIFICATE OF SERVICE

I, Thomas E. Reilly, Esquire, hereby certify that a true and correct copy of the Response to the Order of December 7, 2020 was served by EMAIL on the 16th day of December, 2020 to the following:

Mark J. Rosenbaum
Wolf, Rifkin, Shapiro,
Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
E-Mail: mrosenbaum@wrslawyers.com

THOMAS E. REILLY, P.C.

BY:       /s/ Thomas E. Reilly
Thomas E. Reilly, Esquire
Pa. I.D. No. 25832
1468 Laurel Drive
Sewickley, PA 15143
724-933-3500