IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.

    Plaintiff

No. 2:20cv01236-WSH

    vs.

AMAZING FANTASY ENTERTAINMENT, INC.,
FULL MOON ENTERTAINMENT, INC. AND
CHARLES R. BAND

    Defendants

## CONSENT ORDER ENTERING JUDGMENT

AND NOW, this __16th__ day of December, 2020 with consent of Defendant, Charles R. Band, as evidenced by his signature below, it is hereby ORDERED AND DECREED that Judgment by Consent shall be and is hereby entered in favor of Plaintiff WRS, Inc and against Charles R. Band in the amount of $608,166.21 with interest thereon at the rate of $39.91 per day, consisting of the interest at the rate of 4.739 percent on the sum of $308,005.62 from July 1, 2020. In the event that Plaintiff must further enforce this Judgment, Charles R. Band agrees that Plaintiff may request the assessment of additional counsel fees.

_____
Charles R. Band

Dated: __December 16th, 2020__